UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**HARLEY WOLFGANG BRAMWELL**<br><br>Defendant. | 3:20-cr-00186-HZ<br><br>**INDICTMENT**<br><br>18 U.S.C. § 2423(a) and (e)<br><br>Forfeiture Allegation |

THE GRAND JURY CHARGES:

<u>COUNT 1</u>
(Transportation with Intent to Engage in Criminal Sexual Activity with a Minor)
(18 U.S.C. § 2423(a) and (e))

On or about September 12, 2018, in the District of Oregon, defendant **HARLEY WOLFGANG BRAMWELL** knowingly transported an individual, MV1, who he believed had not attained the age of 18, in interstate commerce from the State of Oregon to the State of Washington with the intent that the minor engage in any sexual activity for which any person can be charged with a criminal offense, and attempted to do so;

In violation of Title 18, United States Code, Sections 2423(a) and (e).

## FORFEITURE ALLEGATION

Pursuant to Title 18, United States Code, Section 2428, upon conviction of the offense described in Count 1 of this information, defendant **HARLEY WOLFGANG BRAMWELL** shall forfeit to the United States any property, real or personal, constituting or derived from proceeds obtained directly or indirectly as a result of the said violation, and any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the said violation, including without limitation: one cell phone.

Dated this 9th day of June 2020.

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:
BILLY J. WILLIAMS
United States Attorney

_____
NATALIE K. WIGHT
Assistant United States Attorney